UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

August 27, 2018

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANCISCO JESUS MALDONADO

Defendant.

Case No.  2:18-mj-00156-EFB

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  FRANCISCO JESUS

MALDONADO Case No.  2:18-mj-00156-EFB  Charge 21 USC § 846 and 841(a)(1)

from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $   50,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): Pretrial Release conditions as stated on the

record in open court.

Issued at Sacramento, California on August 27, 2018 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman